FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY - 6 2009

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:09CR00121 SWW |
| v. | ) | 7:20-MJ-567-2 |
| | ) | |
| SOTERO ALMAZAN; and | ) | |
| MARIO LOPEZ-FLORES | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. §§ 3013 & 3571 |
| | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 20, 2009 in the Eastern District of Arkansas, the defendants,

SOTERO ALMAZAN; and
MARIO LOPEZ-FLORES

did knowingly and intentionally possess with the intent to distribute, more than five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code § 841(a)(1).

(END OF TEXT. SIGNATURE PAGE ATTACHED)